# Exhibit 1

Case 2:23-ap-01024-BB    Doc 2352    Filed 09/26/23    Entered 09/26/23 16:59:03    Desc
Main Document    Page 16 of 34

RECAP Actions

**CLOSED**

### U.S. Bankruptcy Court
### Central District of California (Los Angeles)
### Adversary Proceeding #: 2:11-ap-02825-RK

*Assigned to:* Robert N. Kwan
*Lead BK Case:* 11-35922
*Lead BK Title:* Victor Huezo
*Lead BK Chapter:* 7
*Demand:* $845000

*Date Filed:* 09/27/11
*Date Terminated:* 12/20/22
*Date Reinstated/Reopened:* 12/20/22

*Nature[s] of Suit:*   62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud
 67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny
 68 Dischargeability - 523(a)(6), willful and malicious injury

**Plaintiff**
-----------------------
**Joey Ball**
3740 Beechglen Drive
La Crescenta, CA 91214
818-642-0769

represented by **Joey Ball**
PRO SE

**Paul C Bauducco**
Lewitt Hackman, et al.
16633 Ventura Blvd 11th Fl
Encino, CA 91436-1865
818-990-2120
Fax : 818-981-4764
Email: PBauducco@lewitthackman.com
*SELF- TERMINATED: 12/20/2022*
*LEAD ATTORNEY*

(See above for address)
*SELF- TERMINATED: 12/20/2022*

V.

**Defendant**
-----------------------
**Victor Huezo**
9401 Wayside Drive
Sunland, CA 91040
SSN / ITIN: xxx-xx-5433

represented by **Baruch C Cohen**
4929 Wilshire Blvd Ste 940
Los Angeles, CA 90010
323-937-4501
Email: bcc@BaruchCohenEsq.com
*TERMINATED: 07/10/2012*

**Ex. 1, p. 1 of 6**          **Ex. 9, p. 16 of 34**

Artin Gholian
Jordan Law Group APLC
12416 Ventura Blvd
Studio City, CA 91604
888-693-5556
Fax : 323-337-8180
*TERMINATED: 11/21/2019*
*LEAD ATTORNEY*

**M. Jonathan Hayes**
Resnik Hayes Moradi LLP
17609 Ventura Blvd.
Suite 314
Encino, CA 91316
(818) 285-0100
Fax : (818) 855-7013
Email: jhayes@rhmfirm.com

*Trustee*
-----------------------
**Brad D Krasnoff (TR)**
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067-6006
(310) 277-0077

*U.S. Trustee*
-----------------------
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

*Counter-Claimant*
-----------------------
**Victor Huezo**                                    represented by **Baruch C Cohen**
9401 Wayside Drive                                  (See above for address)
Sunland, CA 91040                                   *TERMINATED: 07/10/2012*
SSN / ITIN: xxx-xx-5433

                                                    **Artin Gholian**
                                                    (See above for address)
                                                    *TERMINATED: 11/21/2019*
                                                    *LEAD ATTORNEY*

                                                    **M. Jonathan Hayes**
                                                    (See above for address)

**Ex. 1, p. 2 of 6**          **Ex. 9, p. 17 of 34**

V.

*Counter-Defendant*
-----------------------
**Joey Ball**                                      represented by **Joey Ball**
3740 Beechglen Drive                               PRO SE
La Crescenta, CA 91214
818-642-0769

(See above for address)
*SELF- TERMINATED: 12/20/2022*

| Filing Date | # | Docket Text |
|---|---|---|
| 11/05/2021 | 331 (2 pgs) | Amended Final Judgment (BNC-PDF) (Related Doc # 328 ) Signed on 11/5/2021 (Pennington-Jones, Patricia) (Entered: 11/05/2021) |
| 11/07/2021 | 332 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)331 JUDGMENT (BNC-PDF)) No. of Notices: 1. Notice Date 11/07/2021. (Admin.) (Entered: 11/07/2021) |
| 11/10/2021 | 333 | Request for a Certified Copy Fee Amount $11. (RE: related document(s)331 JUDGMENT (BNC-PDF)) (Collins, Kim S.) (Entered: 11/10/2021) |
| 11/10/2021 | | Receipt of Certification Fee - $11.00 by 01. Receipt Number 20244302. (admin) (Entered: 11/10/2021) |
| 11/22/2021 | 334 | Adversary Case 2:11-ap-2825 Closed. The complaint filed in the above case has been disposed of and is no longer pending due to the dismissal of the complaint or main case, the entry of a judgment or the transfer of the adversary proceeding to another division or district. Since it appears that no further matters are pending that require this adversary proceeding remain open, it is ordered that this adversary proceeding is closed. (RE: related document(s)1 Complaint filed by Counter-Defendant Joey Ball, Plaintiff Joey Ball); (RE: related document(s)331 Amended Final Judgment) (Pennington-Jones, Patricia) (Entered: 11/22/2021) |
| 08/03/2022 | 335 (6 pgs) | Exhibit register and notice re disposition of exhibits. Mailed to attorney for Defendant on 08/03/2022. (RE: related document(s)162 Exhibit Register from Plaintiff/Defendant) (SC2) (Entered: 08/03/2022) |
| 08/04/2022 | 336 (2 pgs) | Exhibit register and notice re disposition of exhibits. Register for Defendant for proceeding ending on 07/12/17. (RE: related document(s)1 Complaint filed by Counter-Defendant Joey Ball, Plaintiff Joey Ball) Notice RE Dispositon of Exhibits due by 10/3/2022. (WK) (Entered: 08/04/2022) |
| 08/04/2022 | 337 (3 pgs) | Exhibit register and notice re disposition of exhibits. Register for Defendant for proceeding ending on 06/28/17. (RE: related document(s)1 Complaint filed by Counter-Defendant Joey Ball, Plaintiff Joey Ball) Notice RE Dispositon of Exhibits due by 10/3/2022. (WK) |

| | | |
|---|---|---|
| | | (Entered: 08/04/2022) |
| 09/12/2022 | 338 (8 pgs) | Exhibit register and notice re disposition of exhibits. Mailed to attorney for Plaintiff on 9/12/2022. (RE: 120Supplemental Plaintiff/Counter-Defendant Joey Ball's 2nd Amended Exhibit List [Note: Amended As To Order of Exhibits 51 Through 59 Only] Filed by Plaintiff Joey Ball. Notice RE Dispositon of Exhibits due by 10/12/2022 (Kanter, Nicholas) (SC2) . (Entered: 09/12/2022) |
| 11/07/2022 | 339 (3 pgs) | Exhibit register and notice re disposition of exhibits. DISPOSED on 11/07/22. (RE: related document(s)337 Exhibit Register from Plaintiff/Defendant) (WK) (Entered: 11/07/2022) |
| 11/07/2022 | 340 (2 pgs) | Exhibit register and notice re disposition of exhibits. DISPOSED on 11/07/22. (RE: related document(s)336 Exhibit Register from Plaintiff/Defendant) (WK) (Entered: 11/07/2022) |
| 12/19/2022 | 342 (4 pgs) | Motion to withdraw and allow pro se representation in postjudgment proceedings (includes Substitution of Attorney). Filed by Plaintiff Joey Ball (MB2) (Entered: 12/20/2022) |
| 12/20/2022 | 341 (2 pgs) | Order opening adversary proceeding for limited purpose of allowing plaintiff to file a motion to withdraw and allow pro se representation in post judgment proceedings and entering an order thereon and reclosing the adversary proceeding upon entry of the order on the motion. (BNC-PDF) Signed on 12/20/2022. (MB2) (Entered: 12/20/2022) |
| 12/20/2022 | 343 (1 pg) | Order Granting Motion To Withdraw and allow pro se representation in postjudgment proceedings pursuant to Rules 2091-1(a) and 9013-1(p). (BNC-PDF) (Related Doc # 342) Signed on 12/20/2022. (MB2) (Entered: 12/20/2022) |
| 12/20/2022 | 344 | Adversary Case 2:11-ap-2825 RE-Closed. The complaint filed in the above case has been disposed of and is no longer pending due to the dismissal of the complaint or main case, the entry of a judgment or the transfer of the adversary proceeding to another division or district. Since it appears that no further matters are pending that require this adversary proceeding remain open, it is ordered that this adversary proceeding is closed. (RE: related document(s)341 Order (MB2) (Entered: 12/20/2022) |
| 12/23/2022 | 345 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)341 Order Reopening Bankruptcy Case (BNC-PDF)) No. of Notices: 1. Notice Date 12/23/2022. (Admin.) (Entered: 12/23/2022) |
| 12/23/2022 | 346 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)343 Order on Motion to Withdraw as Attorney (BNC-PDF)) No. of Notices: 2. Notice Date 12/23/2022. (Admin.) (Entered: 12/23/2022) |
| 02/03/2023 | 347 (3 pgs) | Acknowledgment of Assignment of Judgment. Filed by Other Professional Gregg Roberts (MB2) (Entered: 02/06/2023) |

| | | |
|---|---|---|
| 02/07/2023 | 348<br>(8 pgs; 2 docs) | Exhibit register and notice re disposition of exhibits. RELEASED TO PLAINTIFF on 02/07/23. (Related Document 338). (SC2) Additional attachment(s) added on 2/7/2023 (SC2). (Entered: 02/07/2023) |
| 02/09/2023 | 349<br>(6 pgs) | Exhibit register and notice re disposition of exhibits. DISPOSED on 02/09/23. (Related Document 335 Exhibit register and notice re disposition of exhibits. Mailed to attorney for Defendant on 08/03/2022. (RE: related document(s)162 Exhibit Register from Plaintiff/Defendant)(SC2) (Entered: 02/09/2023) |
| 04/17/2023 | 350<br>(2 pgs) | Abstract of judgment (COPY): Original issued 4/17/23. Filed by Other Professional Gregg Roberts (KC2). (Entered: 04/17/2023) |
| 04/17/2023 | 351<br>(2 pgs) | Affidavit and Request For Issuance of Writ of Execution Filed by Other Professional Gregg Roberts . (KC2) (Entered: 04/17/2023) |
| 04/17/2023 | 352<br>(3 pgs) | Writ of execution (COPY); Original issued on 4/17/2023. Filed by Other Professional Gregg Roberts (KC2) (Entered: 04/17/2023) |
| 04/17/2023 | | Receipt of Abstract Filing Fee - $9.00 by 01. Receipt Number 20247387. (admin) (Entered: 04/17/2023) |
| 05/04/2023 | 353<br>(52 pgs) | Motion and notice of motion for authorization for issuance of earnings withholding order against Krista Ann Huezo aka Krista Ann Godbold, nondebtor spouse of judgment debtor Victor Huezo; memorandum of points and authorities and declaration in support thereof Filed by Other Professional Gregg Roberts [EDB] (LL) (Entered: 05/05/2023) |
| 05/05/2023 | 354 | Hearing Set re: Motion for authorization for issuance of earnings withholding order against Krista Ann Huezo aka Krista Ann Godbold, nondebtor spouse of judgment debtor Victor Huezo (RE: related document(s)353 Generic Motion filed by Other Professional Gregg Roberts) The Hearing date is set for 5/30/2023 at 02:30 PM at Crtrm 1675, 255 E Temple St., Los Angeles, CA 90012. The case judge is Robert N. Kwan (LL) (Entered: 05/05/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/21/2023 14:05:43 | | | |
| PACER Login: | researchguy007 | Client Code: | Huezo |
| Description: | Docket Report | Search Criteria: | 2:11-ap-02825-RK Fil or Ent: filed From: 11/5/2021 To: 5/22/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |

Ex. 9, p. 20 of 34

Ex. 1, p. 5 of 6

| Billable Pages: | 3 | Cost: | 0.30 |
|---|---|---|---|

**Ex. 1, p. 6 of 6**

**Ex. 9, p. 21 of 34**

# Exhibit 2

## Exhibit 2 - Skype Pro Phone Record of May 8 Resnik-Roberts Call



# Exhibit 3

Victor Huezo
9401 Wayside Drive
Shadow Hills CA 91040
May 10, 2023

Gregg Roberts
43430 E. Florida Ave #F 293
Hemet CA 92544

Dear Gregg Roberts:

I am responding to your contact about collecting a debt on a abstract of judgment and
involuntary lien you filed on my residence at 9401 Wayside Shadow Hills, CA 91040
Document number 20230272410 .

You can contact me about this debt, but only in the way I say below. Don't contact me about this
debt in other way, though any of my friends/family or associates or at any other place or time. It
is inconvenient to me to be contacted except as I authorize below.

You can only contact me at:

By Mail: 9401 Wayside Drive Shadow Hills, CA 91040
By Phone: 818-281-1217 during 10Am to 11:30 AM

Please note that it is prohibited to receive any debt communications outside of the
hours mentioned above or by mail.

Thank you for your cooperation.

Sincerely,

Victor Huezo

Victor Huezo
9401 Wayside Drive
Shadow Hills CA
91040
May 10, 2023

Gregg Roberts
43430 E. Florida Ave #F
293
Hemet CA 92544
Re: Abstract of Judgment

Dear Gregg Roberts:

I am responding to your contact about a debt you are trying to collect. You filed a abstract of judgment on my home and I received notice by the Registrar-recorder/County Clerk on May 8, 2023. Please supply the information below so that I can be fully informed:

Why you think I owe the debt and to whom I owe it, including:

- The name and address of the creditor to whom the debt is currently owed, the account number used by that creditor, and the amount owed.

- If this debt started with a different creditor, provide the name and address of the original creditor, the account number used by that creditor, and the amount owed to that creditor at the time it was transferred. When you identify the original creditor, please provide any other name by which I might know them, if that is different from the official name.

- Provide verification and documentation that there is a valid basis for claiming that I am required to pay the debt to you the current creditor. For example, can you provide a copy of the written agreement from previous creditor that created my original requirement to pay?

The amount and age of the debt, including:

- State the amount of the debt when you obtained it, and when that was.

- If there have been any additional interest, fees or charges added since the last billing statement from the original creditor, provide an itemization showing the dates and amount of each added amount. In addition, explain how the added interest, fees or other charges are expressly authorized by the agreement creating the debt or are permitted by law.

- If there have been any other changes or adjustments since the last billing statement from the original creditor, please provide full verification and documentation of the amount you are trying to collect. Explain how that amount was calculated. In addition, explain how the other changes or adjustments are expressly authorized by the agreement creating the debt or permitted by law.

- Have you made a determination that this debt is within the statute of limitations applicable to it? Tell me when you think the statute of limitations expires for this debt, and how you determined that.

<u>Details about your authority to collect this debt.</u>

- I would like more information about your firm before I discuss the debt with you. Does your firm have a debt collection license from my state? If not, say why not. If so, provide the date of the license, the name on the license, the license number, and the name, address and telephone number of the state agency issuing the license.

I have asked for this information because I have some questions. I need to hear from you to make an informed decision about your claim that I owe this money. I am open to communicating with you for this purpose. In order to make sure that I am not put at any disadvantage, in the meantime please treat this debt as being in dispute and under discussion between us.

In addition to providing the information requested above, please let me know whether you are prepared to accept less than the balance you are claiming is owed. If so, please tell me in writing your offer with the amount you will accept to fully resolve the account.

Thank you for your cooperation.

Sincerely,

Victor Huezo

# Exhibit 4

May 13, 2023

Victor Huezo
9401 Wayside Drive
Shadow Hills CA 91040

Joey Ball

█████████████████

*(Sent Via USPS Certified Mail)*

Re: Defamatory and False Statements

Dear Mr. Ball,

It has recently come to Mr. Victor Huezo attention that you have been making defamatory and false statements about him, despite the fact that he is no longer involved in the matter you are referring to and is not liable to you for anything.  As you may know, the legal principle of prima facie defamation requires that a plaintiff demonstrate four key elements, including a false statement deemed to be a fact, communication or publication of the statement to a third party, fault amounting to at least negligence, and harm or damage caused to the reputation of the individual or entity being targeted.

Therefore, we urge you to immediately cease from making any further defamatory comments about Mr. Huezo and retract any and all false statements you may have made. Failure to do so may result in legal action being taken against you.

As an additional reminder, we would like to bring to your attention that there are currently two abstracts of judgment liens filed on Mr. Huezo's house 9401 Wayside Drive Shadow Hills, CA 91040, Doc. # 20191254367 dated November 15, 2019, and Doc. #20211815421 dated December 7, 2021. Intentionally clouding of my property title creates significant financial loss to the property and will have long-term consequences if the issue is not resolved promptly. These liens must be removed from Mr. Huezo's residence on or before May 20, 2023.

If a reconveyance removing these liens is not recorded with the Los Angeles County Recorder's Office and a soft copy provided to Mr. Huezo by this date via email at vhuezo@hotmail.com and hard copy sent to his residence via certified mail, he will be forced to take legal action in the State Court of California to remove the clouded title and recuperate any damages.

Thank you for your attention to this matter.

Sincerely,

*Victor Huezo*

Victor Huezo

# Exhibit 5

RE: Gregg Roberts documents pending...                    mailbox:///C:/Users/Gregg%20Roberts/AppData/Roaming/Thun..

Case 2:23-ap-01384-BB    Doc 252    Filed 09/26/23    Entered 09/26/23 16:50:05    Desc
Main Document    Page 17 of 50

**Subject:** RE: Gregg Roberts documents pending...
**From:** victor huezo <vhuezo@hotmail.com>
**Date:** 5/23/2023, 10:50 AM
**To:** Gregg Roberts <gregg@legalsupport-sc.com>

Mr. Roberts,
I am representing myself.  Please answer the questions on the letters I dropped off and lets schedule a meeting if you do have control of the judgment.

Thank you,

## Victor Huezo
*Cell Phone: 818-281-1217*

---

**From:** Gregg Roberts <gregg@legalsupport-sc.com>
**Sent:** Tuesday, May 23, 2023 10:25 AM
**To:** victor huezo <vhuezo@hotmail.com>
**Subject:** Re: Gregg Roberts documents pending...


On 5/19/2023 7:19 PM, Gregg Roberts wrote:
>
> Mr. Huezo,
>
> Are you being represented by counsel in this matter, and if so, by whom? I can't communicate with you further until you answer that question.

Gregg Roberts
http://legalsupport-sc.com
Legal Support Services of Southern California
43430 E. Florida Ave #F-293
Hemet CA 92544
951-330-4450

The information contained in this e-mail message is privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution of copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 951-330-4450 or reply by e-mail and delete or discard this message.

**Ex. 5, p. 1 of 3**

**Ex. 9, p. 31 of 34**

RE: Gregg Roberts documents pending...                    mailbox:///C:/Users/Gregg%20Roberts/AppData/Roaming/Thun..

Case 2:23-ap-01024-BB    Doc 252    Filed 09/26/23    Entered 09/26/23 16:29:05    Desc
Main Document    Page 28 of 50

On 5/23/2023 9:47 AM, victor huezo wrote:

Hello Gregg,
I have called, dropped off letters and emailed you numerous times with no response.  Please confirm receipt and tell me when you are available to talk or meet in person.

Thank you,

## Victor Huezo
*Cell Phone: 818-281-1217*

**From:** victor huezo
**Sent:** Thursday, May 18, 2023 10:38 AM
**To:** 'Gregg Roberts' <gregg@legalsupport-sc.com>
**Cc:** vhuezo@hotmail.com
**Subject:** RE: Gregg Roberts documents pending...

Hello Mr. Roberts,
Please confirm receipt and provide feedback by end of day today.

Thank you,

## Victor Huezo
*Cell Phone: 818-281-1217*

**From:** victor huezo
**Sent:** Monday, May 15, 2023 8:26 AM
**To:** Gregg Roberts <gregg@legalsupport-sc.com>
**Cc:** vhuezo@hotmail.com
**Subject:** Gregg Roberts documents pending...

Hello Mr. Roberts,
I dropped off the letters at your PO BOX Business address and Menifee residence last week as I left numerous phone calls and never heard back.  As requested, attached is a copy for your records.  I look forward to your response.
If you did purchase the judgment from Mr. Ball and you have "absolute" assignment of the judgment, let's schedule a meeting to discuss assigning my only asset which is my homestead house (9401 Wayside Drive Shadow Hills CA 91040) to you.
I am available to meet Thursday May 18th or Friday May 19th this week.
Look forward to hearing from you.

Thank you,

**Ex. 5, p. 2 of 3**

**Ex. 9, p. 32 of 34**

RE: Gregg Roberts documents pending...                                    mailbox:///C:/Users/Gregg%20Roberts/AppData/Roaming/Thun..

Case 2:23-ap-01024-BB    Doc 252    Filed 09/26/23    Entered 09/26/23 10:59:03    Desc
Main Document    Page 29 of 50

## Victor Huezo
*Cell Phone: 818-281-1217*

---

**From:** Gregg Roberts <gregg@legalsupport-sc.com>
**Sent:** Friday, May 12, 2023 12:37 PM
**To:** Victor Huezo <vhuezo@hotmail.com>
**Subject:** My judgment against you

Mr. Huezo,

You can send a soft copy of whatever letter you were trying to deliver to me, to this email address. I don't know that there's much point in talking until I see your letter.

--
Gregg Roberts
http://legalsupport-sc.com
Legal Support Services of Southern California
43430 E. Florida Ave #F-293
Hemet CA 92544
951-330-4450

The information contained in this e-mail message is privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution of copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 951-330-4450 or reply by e-mail and delete or discard this message.

**Ex. 9, p. 33 of 34**

**Ex. 5, p. 3 of 3**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

43430 E Florida Ave #F, Hemet CA 92544

A true and correct copy of the foregoing document entitled (*specify*):  RESPONSE TO MOTION TO EXTEND TIME
_____
_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

I have no access to CM/ECF.

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)   05/26/2023   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Victor Huezo, 9401 Wayside Dr, Sunland CA 91040
Krista Huezo, 2503 Whittier Drive, La Crescenta, CA 91214

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)   05/26/2023   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Robert Kwan, 255 E Temple St, Ste 1682 / Courtroom 1675, Los Angeles CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/26/2023 | Heather Munson | Heather Munson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1

2

3

4

5

6

7

8

9

10

FILED & ENTERED

MAY 30 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>VICTOR HUEZO,<br><br>Debtor. | Case No. 2:11-bk-35922-RK<br><br>Chapter 7<br><br>Adv. No. 2:11-ap-02825-RK<br><br>**ORDER DENYING MOTION OF KRISTA HUEZO FOR EXTENSION OF TIME TO FILE REPLY BRIEF TO ASSIGNEE GREGG ROBERTS'S MOTION FOR ISSUANCE OF EARNINGS WITHHOLDING ORDER** |
| JOEY BALL,<br><br>Plaintiff,<br><br>    vs.<br><br>VICTOR HUEZO,<br><br>Defendant. | **Hearing**<br><br>Date:  May 30, 2023<br>Time:  2:30 p.m.<br>Place:  Courtroom 1675<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, California   90012 |

        This adversary proceeding came on for hearing before the undersigned United

States Bankruptcy Judge on May 30, 2023 at 2:30 p.m. on: (1) the Motion of Assignee

Gregg Roberts' Notice of Motion and Motion for Authorization for Issuance of Earnings

Withholding Order Against Krista Huezo aka Krista Ann Godbold, Nondebtor Spouse of

Judgment Debtor Victor Huezo; and (2) the Motion for Extension of Time to File Reply

**Ex. 10, p. 1 of 3**

1  Brief to Assignee Gregg Roberts' Notice of Motion and Motion for Authorization for

2  Issuance of Earnings Withholding Order Against Krista Huezo aka Krista Ann Godbold,

3  Nondebtor Spouse of Judgment Debtor Victor Huezo.  Gregg Roberts appeared for

4  himself in support of his motion and in opposition to Ms. Huezo's motion.  Ms. Huezo

5  did not appear at the hearing in support of her motion or in response to Mr. Roberts's

6  motion as required by Local Bankruptcy Rule 9013-1(j)(1).  When Ms. Huezo did not

7  appear at the hearings on the motions on May 30, 2023 at 2:30 p.m., the court was

8  unable to contact her about whether she was appearing at the hearings because she

9  did not list a telephone number or an email address on her motion.  The court waited

10  until 2:50 p.m., or 20 minutes after the scheduled hearing time of 2:30 p.m., before

11  concluding that Ms. Huezo was not going to appear at the hearings, and then the court

12  proceeded with the hearings.

13      On May 12, 2023, Ms. Huezo filed her Motion for Extension of Time to File Reply

14  Brief to Assignee Gregg Roberts' Notice of Motion and Motion for Authorization for

15  Issuance of Earnings Withholding Order Against Krista Huezo aka Krista Ann Godbold,

16  Nondebtor Spouse of Judgment Debtor Victor Huezo.  Although the caption of Ms.

17  Huezo's motion stated a date and time of July 6, 2023 at 2:30 p.m. for a hearing on her

18  motion, the court set her motion for hearing on the same date and at the same time on

19  May 30, 2023 at 2:30 p.m. as Mr. Roberts's motion in the same place in Courtroom

20  1675, Roybal Federal Building, 255 East Temple Street, Los Angeles, California  90012

21  by an order filed and entered on May 25, 2023.  The Bankruptcy Noticing Center

22  certificate of service of the court's order setting Ms. Huezo's motion for hearing

23  indicates that service on Ms. Huezo by mail was made on May 27, 2023.

24      It is unclear under the circumstances whether Ms. Huezo received the court's

25  order setting her motion for hearing on May 30, 2023, which was mailed to her by the

26  Bankruptcy Noticing Center on May 27, 2023, but the circumstances make it clear that

27  she received notice of Mr. Roberts's motion which was personally served on her on May

28  2, 2023 as indicated on the proof of service of his motion, which had a notice of motion

**Ex. 10, p. 2 of 3**

1   with the hearing date and time of May 30, 2023 at 2:30 p.m.  Ms. Huezo's motion was

2   filed in response to Mr. Roberts's motion which indicates her knowledge of his motion

3   and the date and time of the hearing on that motion.   Thus, the court determines that

4   Ms. Huezo knew that she had to appear at the hearing on Mr. Roberts's motion if she

5   did not agree to it, and she failed to do so.

6          The court denies Ms. Huezo's motion for extension of time to respond to Mr.

7   Roberts's motion because (1) she did not file a timely opposition on the merits to his

8   motion 14 days before the hearing as required by Local Bankruptcy Rule 9013-1(f); (2)

9   she did not appear at the hearing on his motion if she opposed it as required by Local

10  Bankruptcy Rule 9013-1(j)(1), and her appearance was not excused in advance; (3) she

11  did not appear at the hearing set on her motion on the same date at the same time as

12  required by Local Bankruptcy Rule 9013-1(j)(1), and her appearance was not excused

13  in advance; and (4) based on her failure to appear at the hearing in opposition to Mr.

14  Roberts's motion and in support of her motion for extension of time, the court deems her

15  failure to appear as consent to granting his motion and failure to prosecute her motion.

16         IT IS SO ORDERED.

17                                          ###

18

19

20

21

22

23

24

25   Date: May 30, 2023

26                                          _____
                                            Robert Kwan
                                            United States Bankruptcy Judge
27

28

**Ex. 10, p. 3 of 3**

1          UNITED STATES BANKRUPTCY COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3                    -oOo-

4   In Re:                    ) Case No. 2:23-bk-13644-BB
                              ) Chapter 7
5   KRISTA ANN HUEZO          )
                              ) San Pedro, California
6                   Debtor.   ) Monday, July 17, 2023
    _____   )
7                               341(A) MEETING OF CREDITORS

8          TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE HEIDE KURTZ
9             CHAPTER 7 TRUSTEE

10  APPEARANCES (All present by video or telephone):
    For the Debtor:          RUSSELL J. STONG, III, ESQ.
11                           RHM Law LLP
                             17609 Ventura Boulevard
12                           Suite 314
                             Encino, CA 91316
13                           (818)285-0100

14  For Chapter 7 Trustee:   HEIDE KURTZ, ESQ.
                             2515 South Western Avenue
15                           Suite 11
                             San Pedro, CA 90732
16                           (310)832-3604

17  Also Present:            Krista Ann Huezo
                             Debtor
18
                             Gregg Roberts
19                           Judgment Creditor

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17   Court Recorder:                ELECTRONIC RECORDING
                                    United States Bankruptcy Court
18                                  Edward R. Roybal Federal Building
                                    255 East Temple Street
19                                  Room 940
                                    Los Angeles, CA 90012
20                                  (855)460-9641

21   Transcriber:                   RIVER WOLFE
                                    eScribers, LLC
22                                  7227 N. 16th Street
                                    Suite #207
23                                  Phoenix, AZ 85020
                                    (800) 257-0885
24

     Proceedings recorded by electronic sound recording;
25   transcript provided by transcription service.

Krista Ann Huezo

1      SAN PEDRO, CALIFORNIA, MONDAY, JULY 17, 2023

2                          -oOo-

3      (Call to order of the Court.)

4           MS. KURTZ:  (Audio begins mid-sentence) -- is Kirsta

5    Ann -- are we on the next case on that --

6           UNIDENTIFIED SPEAKER:  Yes.

7           MS. KURTZ:  -- is Krista Ann Huezo, case 23-13644.

8           MS. HUEZO:  Yes.

9           MS. KURTZ:  Okay.

10          MR. STONG:  Good morning.  Russell Stong, RHM Law, for

11    the debtor.

12          MS. KURTZ:  I'm sorry.  What was the name of the

13    counsel?

14          MR. STONG:  Good morning.  This is attorney Russ Stong

15    for the debtor, Krista Huezo.

16          MS. KURTZ:  Okay.  Russ Stong.

17          And I'm asking each attorney unprompted to say if they

18    verified the ID and Social Security.

19          MR. STONG:  I apologize.  Russ Stong, RHM Law, for the

20    debtor.  We did.  We did verify the debtor's ID and Social

21    Security, the originals.  We made copies, and we showed those

22    to your office and a few backups filed with the bankruptcy

23    court.

24          MS. KURTZ:  Okay.  I verified those as well.

25          Krista Ann Huezo, raise your right hand.

Krista Ann Huezo

1          (Debtor sworn.)

2              MS. KURTZ:  Have you read the informational brochure?

3              MS. HUEZO:  Yes.

4              MS. KURTZ:  Did you read and review the bankruptcy

5     schedules, petition, and paperwork before you signed them?

6              MS. HUEZO:  Yes.

7              MS. KURTZ:  Is all of the information true, complete,

8     and correct?

9              MS. HUEZO:  Yes.

10             MS. KURTZ:  Were there any corrections, changes, or

11    revisions needed?

12             MS. HUEZO:  No.

13             MS. KURTZ:  Have you listed all your assets and all

14    your creditors?

15             MS. HUEZO:  Yes.

16             MS. KURTZ:  Have you filed bankruptcy before?

17             MS. HUEZO:  Yes.

18             MS. KURTZ:  Was that in 2000?

19             MS. HUEZO:  Yes, correct.

20             MS. KURTZ:  And then has your husband had a separate

21    bankruptcy?

22             MS. HUEZO:  Yes, he did.

23             MS. KURTZ:  Okay.  Do you have a court order to pay

24    child or spousal support?

25             MS. HUEZO:  No.

Krista Ann Huezo

1          MS. KURTZ:  And is your address and employer's address

2    correct?

3          MS. HUEZO:  Yes.

4          MS. KURTZ:  Okay.  And are you legally married?

5          MS. HUEZO:  Yes.

6          MS. KURTZ:  And what was the date of your marriage?

7          MS. HUEZO:  June 18th, 2005.

8          MS. KURTZ:  Okay.  So that's eighteen years if I'm

9    doing my math correctly.

10          On the bankruptcy, on Schedule A, which is where

11    debtors list their real property, it specifically says that for

12    your residence, both the loan and the title are only in your

13    spouse's name.  I just want to verify that.

14          MS. HUEZO:  Yeah, that is correct.

15          MS. KURTZ:  And it looks like, if it says here it was

16    purchased in 2004, so that would be prior to your marriage, if

17    your marriage -- yeah, actually, it looks like it was purchased

18    before 2004, maybe -- let's see.  My report, looks like from

19    this property report, it was purchased more in October 2002.

20    Does that seem correct?

21          MS. HUEZO:  Yeah, my husband purchased it before we

22    were married.

23          MS. KURTZ:  Okay.  And has your name ever been on

24    title?

25          MS. HUEZO:  No.

Krista Ann Huezo

6

1      MS. KURTZ:  Okay.  And I did review your amended

2  Schedule F, which lists your creditors.  Is your credit card

3  debt approximately 50,000 dollars?

4      MS. HUEZO:  Yes.

5      MS. KURTZ:  And are you suing anyone or planning to

6  sue anyone?

7      MS. HUEZO:  No.

8      MS. KURTZ:  Okay.  And is there a creditor present?

9      MR. ROBERTS:  Yes, Madam Trustee.  Gregg Roberts.

10     MS. KURTZ:  Okay.  Mr. Roberts, did you wish to ask

11  questions at this time?

12     MR. ROBERTS:  Yes, I do.  Thank you.

13     MS. KURTZ:  Okay.  Before you start, Mr. --

14     MR. ROBERTS:  So (indiscernible) --

15     MS. KURTZ:  Mr. Roberts.  Mr. Roberts.  Just before

16  you start --

17     MR. ROBERTS:  Yes.

18     MS. KURTZ:  I know I notified you or my office

19  notified you that because it's a 8:30, and we're on case number

20  4 of a calendar with fifteen cases on it, we're under very

21  strict -- and then we have full calendars at 9 and 10, so we're

22  under very strict time --

23     MR. ROBERTS:  Yes.

24     MS. KURTZ:  -- constraints.  So I can allow you to ask

25  some questions now, but I could continue the meeting to 8/14

Krista Ann Huezo

1   for further questioning, and of course, you have the right to

2   do a 2004 exam where there is no time constraints.  But I could

3   ask -- I could let you ask a few questions now.  So you can

4   proceed.

5           MR. ROBERTS:  I understand.

6           MS. KURTZ:   Thank you.

7           MR. ROBERTS:  Thank you.

8           Ms. Huezo, please describe all the facts and documents

9   on which you based your 971,000-dollar valuation of the Wayside

10  property.

11          MS. HUEZO:  I don't understand what that means.

12          MR. ROBERTS:  How did you arrive at the figure 971,000

13  dollars as the value of the Wayside property?

14          MS. HUEZO:  That would be with the loan, the second,

15  and I think the homestead.

16          MS. KURTZ:  Now, I --

17          MS. HUEZO:  If I'm correct.

18          MR. ROBERTS:  I didn't understand the first part of

19  your answer.  You said with the second what?

20          MS. HUEZO:  With the original loan and then the second

21  loan.

22          MS. KURTZ:  Ms. Huezo, I think you're misinterpreting

23  the question.  So in the bankruptcy --

24          MS. HUEZO:  Yeah, I don't understand.

25          MS. KURTZ:  In the bankruptcy, you say the value, if

Krista Ann Huezo

1   you were to sell or your husband were to sell the house

2   tomorrow of the Wayside Drive is 971,000 --

3          MS. HUEZO:  What is the value?

4          MS. KURTZ:  Mr. Roberts --

5          MS. HUEZO:  Oh, I see.

6          MS. KURTZ:  -- wants to know how --

7          MS. HUEZO:  That --

8          MS. KURTZ:  -- you got that number of what that

9   property's worth today.

10          MS. HUEZO:  That was the current value on Zillow when

11   I filed.

12          MS. KURTZ:  Okay.

13          MR. ROBERTS:  Okay.  Thank you.

14          Madam Trustee, I see from your 2019 Westlaw article

15   that you have access to some kind of software that provides,

16   perhaps, an integrated view from Zillow and other estimators.

17   Are you at liberty to provide me with a copy of that internal

18   appraisal?

19          MS. KURTZ:  No, I do not have any access.  I use

20   Zillow.  And of course, we all know, Zillow is a moving target,

21   as all values are.  So any time it's within a range, I don't

22   have any issue with that.  So no, I don't access that.

23          MR. ROBERTS:  Yes.  Yes.  I saw a surprisingly wide

24   range of values.

25          MR. STONG:  (Indiscernible) --

Krista Ann Huezo

1        MS. KURTZ:  Well, I mean, we have to be flexible on

2   that.

3        MR. STONG:  (Indiscernible) do you have any proof of

4   value?

5        THE COURT:  Okay.  Do you have any more questions for

6   now, or are you going to ask them on August 14th?

7        MR. ROBERTS:  I have a couple more if I may.

8        Recording number 2004 147 2478 is a grant deed from

9   Krista Ann Huezo, spouse of grantee, and Victor Huezo, who took

10  title as Victor Huezo to Victor Huezo, a married man, as his

11  sole and separate property.  Mrs. Huezo, did you, in fact, sign

12  that document as it appears that you did?

13       MS. HUEZO:  Yes.

14       MR. ROBERTS:  And your grant deed selling the Locust

15  (phonetic) Street property at recording number 2011 145 3274

16  described you as a single woman, correct?

17       MR. STONG:  Wait.  Do you have a time frame for that,

18  Mr. Roberts?

19       Please, Ms. Huezo, don't answer the question till I

20  find out the time frame.

21       THE COURT:  Okay.

22       MR. STONG:  (Indiscernible).

23       MS. KURTZ:  Mr. Stong, I think you're speaking --

24       MR. STONG:  Yes.

25       MS. KURTZ:  -- too close to your phone.  So we can

Krista Ann Huezo

 1  hear Mr. Roberts and we can hear Ms. Huezo perfectly, but what

 2  you're saying is a little muddled.

 3          MR. STONG:  I'm sorry (indiscernible).

 4          MS. KURTZ:  It still is.

 5          MR. STONG:  Is this any better?

 6          UNIDENTIFIED SPEAKER:  Yes.

 7          MS. KURTZ:  Yeah, now we can hear you perfectly.

 8          MR. STONG:  And Mr. Roberts --

 9          MR. ROBERTS:  Better.

10          MS. HUEZO:  -- could you give me the time frame that

11  this document was signed -- you purport --

12          MR. ROBERTS:  Yes.

13          MR. STONG:  -- it was signed?

14          MR. ROBERTS:  I don't see the signature date that

15  easily, but I see the recording date as October 27th of 2011.

16          MR. STONG:  You can answer the question, Ms. Huezo, if

17  you have a -- if you recollect what was transpired on that

18  date.

19          MS. HUEZO:  I do not remember.

20          MR. ROBERTS:  Were you single on that date?

21          MS. HUEZO:  In 2011?

22          MR. ROBERTS:  That's right.

23          MS. HUEZO:  No.

24          MR. ROBERTS:  What did you do with the money from the

25  sale of the Locust Street property?



Krista Ann Huezo

1          MR. STONG:  In 2011, Ms. Huezo.

2          MS. HUEZO:  Yes, I don't recall what -- I honestly

3   don't even remember.  My husband was dealing with that, and I

4   don't remember.

5          MR. ROBERTS:  All right.  Thank you.  Where did you

6   get the money to purchase the Locust property?  Same answer?

7          MS. HUEZO:  I'm sorry.

8          MR. STONG:  We're talking about a transaction that

9   occurred twelve years ago and a sale of a house twelve years

10  ago.

11         MS. HUEZO:  Yeah.

12         MR. STONG:  Are you looking for assets that are part

13  of this bankruptcy?  Because if you are, I don't believe that

14  those would be assets --

15         MR. ROBERTS:  Yes.

16         MR. STONG:  -- of this bankruptcy since they were sold

17  twelve years ago.  So please ask a question for assets that may

18  be part of this bankruptcy.

19         MR. ROBERTS:  Ill-gotten gains invested into a

20  mortgage are not protected by the homestead exemption.  That's

21  the import of my question.  It doesn't matter when they were

22  put into it.

23         MR. STONG:  Ms. Huezo, have you listed all of your

24  assets at this time?

25         MS. HUEZO:  I have, yes.

Krista Ann Huezo

1          MR. ROBERTS:  In the short time that we have, I will

2    also simply represent to the trustee that I've seen multiple

3    documents executed by Mr. Huezo, and in every one of those

4    documents except the first one that I mentioned, he described

5    himself as a single man throughout this time period.

6          I would look forward to -- well, would you like to set

7    a date now?  I believe you mentioned one, Madam Trustee.  Did

8    you say 8/13?

9          MS. KURTZ:  No, 8/14 is the next meeting I have set

10   for me by the U.S. Trustee.  August 14th at 11 will continue

11   this case.  The creditor needs to ask additional questions; is

12   that correct, Mr. Roberts?

13         MR. ROBERTS:  Yes.

14         MS. KURTZ:  Are you going to do a 2004 exam?

15         MR. ROBERTS:  I don't know yet.

16         MS. KURTZ:  Okay.

17         MR. ROBERTS:  I hope to.

18         MS. KURTZ:  Okay.  Well, we'll move forward on the

19   August 14th at 11.

20         Are other creditors present or other parties who wish

21   to ask questions?

22         UNIDENTIFIED SPEAKER:  What are (indiscernible)

23   continuing for?

24         What?  8/14 at 11 --

25         UNIDENTIFIED SPEAKER:  For?



Krista Ann Huezo

1            MS. KURTZ:  For document review.

2            UNIDENTIFIED SPEAKER:  Document review.  Got it.

3            MS. KURTZ:  And let's see.  Mr. Roberts, we have your

4    email, so we'll send you a copy of the continuance notice.  We

5    have your information.  Okay.

6            MR. ROBERTS:  Very good.  Thank you, Madam Trustee.

7            MS. KURTZ:  Okay.  And I verified the Social, ID, and

8    (indiscernible) --

9            MR. STONG:  Thank you, Mr. Roberts.  Thank you, Ms.

10   Huezo.  Thank you, Ms. Kurtz.

11           MS. KURTZ:  Thank you.

12           MR. STONG:  Thank you.

13       (Whereupon these proceedings were concluded)

14

15

16

17

18

19

20

21

22

23

24

25

1                          C E R T I F I C A T I O N

2

3    I, River Wolfe, certify that the foregoing transcript is a true

4    and accurate record of the proceedings.

5

6

7

8    _____

9    /s/ RIVER WOLFE, CDLT-265

10

11   eScribers

12   7227 N. 16th Street, Suite #207

13   Phoenix, AZ 85020

14

15   Date:  September 12, 2023

16

17

18

19

20

21

22

23

24

25

1                    UNITED STATES BANKRUPTCY COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3                                -oOo-

4    In Re:                        ) Case No. 2:23-bk-13644-BB
                                   ) Chapter 7
5    KRISTA ANN HUEZO              )
                                   ) San Pedro, California
6                      Debtor.     ) Monday, August 14, 2023
     _____ )
7                                    341(A) MEETING OF CREDITORS

8                      TRANSCRIPT OF PROCEEDINGS
                     BEFORE THE HONORABLE HEIDE KURTZ
9                         CHAPTER 7 TRUSTEE

10   APPEARANCES (All present by video or telephone):
     For the Debtor:              RUSSELL J. STONG, III, ESQ.
11                                RHM Law LLP
                                  17609 Ventura Boulevard
12                                Suite 314
                                  Encino, CA 91316
13                                (818)285-0100

14   For Chapter 7 Trustee:       HEIDE KURTZ, ESQ.
                                  2515 South Western Avenue
15                                Suite 11
                                  San Pedro, CA 90732
16                                (310)832-3604

17   Also Present:                Krista Ann Huezo
                                  Debtor
18
                                  Gregg Roberts
19                                Judgment Creditor

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17     Court Recorder:              ELECTRONIC RECORDING
                                    United States Bankruptcy Court
18                                  Edward R. Roybal Federal Building
                                    255 East Temple Street
19                                  Room 940
                                    Los Angeles, CA 90012
20                                  (855)460-9641

21     Transcriber:                 RIVER WOLFE
                                    eScribers, LLC
22                                  7227 N. 16th Street
                                    Suite #207
23                                  Phoenix, AZ 85020
                                    (800) 257-0885

24

       Proceedings recorded by electronic sound recording;
25     transcript provided by transcription service.

1        SAN PEDRO, CALIFORNIA, MONDAY, AUGUST 14, 2023

2                              -oOo-

3        (Call to order of the Court.)

4            MS. KURTZ:  (Audio begins mid-sentence) -- calendar is

5    Krista Ann Huezo, 23-13644.

6            MS. HUEZO:  Hi.  Yes, I'm here.

7            MR. STONG:  And good morning.  Russ Strong, RHM Law,

8    for the debtor Huezo.

9            MS. KURTZ:  Okay.

10           MR. ROBERTS:  Gregg Roberts, creditor.

11           MS. KURTZ:  Thank you.

12           Krista Huezo, raise your right hand.

13       (Debtor sworn.)

14           MS. KURTZ:  Okay.  We've already had an initial exam

15   on this meeting where I asked the questions I needed to ask.

16   Mr. Roberts asked some questions, but I had to cut him off, and

17   I agreed to continue the meeting so he can continue to ask some

18   questions that he needs to ask.  So this is Gregg Roberts, the

19   creditor.  We already have your contact information.  You can

20   proceed with the questions.

21           And Ms. Huezo, you understand you're under oath?

22           MS. HUEZO:  Yes.

23           MS. KURTZ:  Thank you.

24           MR. ROBERTS:  Thank you, Ms. Trustee.

25           Mrs. Huezo, you provided to the trustee a bank

Krista Ann Huezo

1    statement from U.S. Bank her office provided to me.  The

2    account number was ending in 4672.  I see only Mr. Huezo's name

3    on the top of that statement.  Do you have any legal interest

4    or signatory authority over that U.S. Bank account?

5          MS. HUEZO:  That's not a bank account.  That's our

6    mortgage loan.

7          MR. ROBERTS:  So the 7,000-dollars' worth of funds

8    that appear to be there, is that what you still owe, or I don't

9    understand that response?

10          MS. HUEZO:  As far as I know, we have no accounts with

11    U.S. Bank other than our mortgage loan.

12          MR. ROBERTS:  Okay.  Thank you.  I actually did

13    misread that.  That's interesting.  Yeah, it says "amount due",

14    not the amount in the account.  Sorry about that.  Thanks for

15    the clarification.

16          MS. HUEZO:  Uh-huh.

17          MR. ROBERTS:  Moving on, will you state all facts and

18    legal arguments that you believe support your claim of any

19    legal or beneficial interest in the real property at 9401

20    Wayside?

21          Sorry.  Did you hear the question?

22          MR. STONG:  Hello, Mr. Roberts.  I'm telling Ms. Huezo

23    not to answer the question because she cannot give you a legal

24    opinion as to why she feels she has a beneficial interest.  She

25    lives in a community property.  She stated she's married to Mr.

Krista Ann Huezo

1    Huezo.

2         So if you have another question regarding her assets

3    that have not been listed in the bankruptcy, please let us know

4    what those assets might be.

5         MR. ROBERTS:  So we covered some of the questions last

6    time about whether she'd ever been on title or ever been on the

7    deed of trust.  I don't see why people would put anything about

8    their marital relationship on deed records if they're married

9    when it doesn't have any -- according to what you just

10   suggested, if it has no legal significance.  There has to be a

11   way for creditors to read public records and understand whether

12   there's a community interest there or not.

13        And so I'm asking if you have anything that overcomes

14   the explicit statements in these deed records to the effect

15   that Mrs. Huezo, in fact, has no legal interest in the

16   property.

17        MR. STONG:  Ms. Huezo, you don't have to respond to

18   that.  That's just a statement.

19        MS. HUEZO:  Okay.

20        MR. ROBERTS:  Well, when I say, "I'd like to know if",

21   I mean, do you have any?

22        MR. STONG:  If you're aware if you have any

23   documentation, Ms. Huezo, you can answer that question.  If you

24   don't know -- if you don't know, then don't know.

25        MS. HUEZO:  Yeah, I have no idea what he's talking



Krista Ann Huezo

1    about.

2            MR. ROBERTS:  All right.  Did Mr. Huezo consult with

3    you before he offered to quitclaim to me the Wayside property?

4            MS. HUEZO:  I Have no idea about that.

5            MR. ROBERTS:  You don't know whether he did, or he did

6    not consult with you?

7            MS. HUEZO:  He did not.

8            MR. ROBERTS:  Thank you.  He didn't tell you about it

9    afterwards either, correct?

10           MS. HUEZO:  Correct.

11           MR. ROBERTS:  So he treated you as though you had no

12   ownership interest, didn't he?

13           MR. STONG:  You don't have to answer that question,

14   Ms. Huezo.

15           Mr. Roberts, if you have information about an asset,

16   please inform the trustee and myself, otherwise, what are these

17   questions pertaining to, your collection efforts?  That's not

18   what this is for.  If you'd like to take her deposition, bring

19   the appropriate subpoenas.

20           MR. ROBERTS:  At the previous installment of this

21   meeting, Mrs. Huezo, I asked you about the grant deed on the

22   Locust (phonetic) Street property at recording number 2011 145

23   3274, which described you as a single woman, and I took down

24   your response, which, if I got it right, you said, "I wasn't

25   single."  Why did you sign a legal document that described you

Krista Ann Huezo

1    as single when you were not single?

2         MR. STONG:  Ms. Huezo, you don't have to answer that

3    question.

4         Again, Mr. Roberts, if you'd like to take her

5    deposition, you can do so.  If you know about an asset, that's

6    what this is for.  Please tell us.

7         MR. ROBERTS:  Again, this is getting at whether the

8    proceeds from the sale of that property were used to reduce the

9    amount due on the 9401 Wayside property, which has to do with

10   current value of assets of Mrs. Huezo and/or her husband, which

11   still seems to be kind of hanging in the air.  I don't want to

12   be accused of violating the stay in this case if I were to levy

13   the property, which is why I was pressing on the issue about

14   the Wayside property itself earlier.  But I also need to find

15   out, without spending excess money and time on a 2004 exam,

16   this is an asset-related inquiry so --

17        MR. STONG:  I understand your position, Mr. Roberts.

18   The trustee is satisfied that the property is community.  We're

19   standing on our position that it's community.  If you have some

20   other position, then bring a proper lawsuit, bring a proper

21   adversary, bring a proper motion, or bring a proper 2004 exam.

22   It's your choice.

23        But it has nothing to do with the assets in this case.

24   They've already been disclosed.  The trustee's done her job.

25        MR. ROBERTS:  I know what -- I'm under a different



www.escribers.net | 800-257-0885

Krista Ann Huezo

1   impression, but I'm not going to waste time explaining it right

2   now.  We can do what you said when the time is right.

3          But again, pursuing the question of the value --

4   excuse me, the amount of the exemption, according to the

5   declaration of Joey Ball in support of an application for any

6   right to attach order in the state court litigation, which was

7   then converted over into the bankruptcy litigation against Mr.

8   Huezo, but that was in the Los Angeles case number BC-460985, I

9   see records of five loans made by Mr. Ball to Mr. Huezo,

10  leaving up to a 400,000-dollar-and-change investment/loan in

11  March of 2008.  The purchase for the Locust property was done

12  in April of 2008.

13         And I'm wondering if perhaps Mrs. Huezo has refreshed

14  her memory about where the funds to purchase the Locust

15  property came from.  Any possible source other than Mr. Ball, I

16  would love to hear about it.

17         MR. STONG:  I'll let her answer that question.

18         Go head, Ms. Huezo.

19         MS. HUEZO:  I don't know what you're talking about.

20  All of that that you just said has to do with my husband's

21  business with Joey Ball, and I had no part of that.  So I have

22  no idea.

23         MR. ROBERTS:  Did your husband tell you why he wanted

24  to put the Locust property into your name and not his own?

25         MR. STONG:  Mr. Roberts, if you understood the law,



Krista Ann Huezo

1   it's a privileged communication between a married to -- two

2   married individuals.  She doesn't have to answer the question.

3          Don't answer the question, Ms. Huezo.

4          MR. ROBERTS:  Not when it has to do with property.

5          MR. STONG:  It's a privileged communication, Mr.

6   Roberts.

7          MR. ROBERTS:  All right.  We'll see about that.

8          Do you have records about those transactions still,

9   bank records or anything else that would evidence --

10          MR. STONG:  Ms. Huezo, if you anything about any

11   documents, you can tell Mr. Roberts if you know about any

12   documents.

13          MS. HUEZO:  I do not have any documents.  That was

14   such a long time ago.  I have no idea.

15          MR. STONG:  And Mr. Roberts, I would encourage you to

16   go to the person who sold you the judgement and get those

17   documents.  She doesn't know where they are.  She doesn't know

18   what they are.  And she doesn't have any interest in any of

19   that.  She doesn't know.

20          MR. ROBERTS:  Yes.  Yeah, there is a massive amount of

21   those documents.

22          MR. STONG:  She can only say it a number of times.

23   She doesn't know, Mr. Roberts.  Ask a question about assets.

24          MR. ROBERTS:  In your original petition, Mrs. Huezo, I

25   saw no mention of a deed of trust issued to Mr. Sarinana,

Krista Ann Huezo

1   Hector Sarinana, and I don't see any reconveyance of it.  Has

2   Mr. Sarinana's note been paid off?

3         MR. STONG:  Mr. Roberts, what property does that

4   relate to?

5         MR. ROBERTS:  The Wayside property.

6         MS. HUEZO:  I am not aware of what that is.

7         MR. ROBERTS:  All right.  Thank you, Mrs. Trustee.

8   Thank you, Mrs. Huezo and Counsel.  I've completed my

9   questions.

10        MR. STONG:  Thank you, Mr. Roberts.

11        MS. HUEZO:  Thank you.

12        MS. KURTZ:  Okay.  Okay.  Thank you, Mr. Roberts and

13   Ms. Huezo and Mr. Resnik.

14        Okay.  We're going to -- are there any other creditors

15   present on this case?

16        Okay.  That will be all, then.  Thank you.

17        MR. STONG:  And thank -- and just for the record --

18        MS. HUEZO:  Thank you.

19        MR. STONG:  -- it was Russ Stong on behalf of RHM, not

20   Mr. Resnik.  Russell Stong --

21        MS. KURTZ:  Oh, I'm sorry, Mr. Stong.

22        MR. STONG:  -- on behalf of the debtor today.

23        MS. KURTZ:  I'm sorry, Mr. Stong.

24        MR. STONG:  It's okay.  That's why I prefer in person.

25        MS. KURTZ:  I was at the end of a long calendar, so I

Krista Ann Huezo

1   just looked down under debtor's attorney.  But I remember that

2   you've appeared --

3           MR. STONG:  No.

4           MS. KURTZ:  -- on this case before, and yes.  Okay.

5           MR. STONG:  Yes, ma'am.

6           MS. KURTZ:  Yes.  Got it.

7           MR. STONG:  No problem.  So I will mark it as

8   concluded at this time.

9           MS. KURTZ:  Yes.

10          MR. STONG:  And we thank everyone for their time here

11  today.

12          MS. KURTZ:  Okay.  Thank you very much.

13      (Whereupon these proceedings were concluded)

14

15

16

17

18

19

20

21

22

23

24

25

1                           C E R T I F I C A T I O N

2

3    I, River Wolfe, certify that the foregoing transcript is a true

4    and accurate record of the proceedings.

5

6

7

8    _____

9    /s/ RIVER WOLFE, CDLT-265

10

11   eScribers

12   7227 N. 16th Street, Suite #207

13   Phoenix, AZ 85020

14

15   Date:  September 12, 2023

16

17

18

19

20

21

22

23

24

25

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

43430 E. Florida Ave. #F, Hemet CA 92544

A true and correct copy of the foregoing document entitled (*specify*): Motion for Determination of Claim of Exemption, with 10 exhibits and transcripts of two Meetings of Creditors

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

I have no access to CM/ECF.

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On (*date*)  09/13/2023  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

(Debtor) Krista Ann Huezo, 9401 Wayside Dr, Sunland CA 91040

(Debtor Counsel) Matthew D. Resnik, RHM Law, LLP, 17609 Ventura Blvd. Ste 314, Encino CA 91316

(Judge) Hon. Sheri Bluebond, 255 E. Temple Street, Suite 1534 / Courtroom 1539, Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 09/13/2023 | Vito A. Vitale III | *Lito a. Lite III* |
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                           **F 9013-3.1.PROOF.SERVICE**