Gregg Roberts
43430 E Florida Ave Ste #F-293
Hemet CA 92544
951-330-4450
Assignee of Record and Judgment Creditor, Pro Se
gregg@legalsupport-sc.com

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re Krista Huezo, <br> Debtor | Case No.: 2:23-bk-13644-BB <br> Chapter 7 Proceeding <br><br> **STIPULATED REQUEST TO TAKE MOTION HEARING OFF-CALENDAR** |

To: Krista Ann Huezo, her Counsel, and this Honorable Court:

PLEASE TAKE NOTICE that Gregg Roberts, Creditor/Movant ("Roberts"), and Krista Ann Huezo, Debtor/Respondent, through counsel hereby both stipulate to this request that Roberts' Motion for Determination of Claim of Exemption, filed herein as DE #22, currently scheduled for hearing on 10:00 AM on October 4, 2023, be withdrawn and the hearing taken off-calendar.

DATED: September 25, 2023.

Respectfully submitted,

*Gregg Roberts* (signature) 26 G.R.

Gregg Roberts

Pro Se

DATED: September 26, 2023.

Respectfully submitted,

*Matt D. Resnik* (signature)

**Matt D. Resnik (State Bar #182562)**

Attorney for Debtor, Krista Ann Huezo
RHM LAW LLP
17609 Ventura Blvd., Suite 314
Encino, CA 91316
Telephone: (818) 285-0100
Facsimile: (818) 855-7013

STIPULATED REQUEST TO TAKE
MOTION HEARING OFF-CALENDAR

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
24600 Mountain Ave # 122, Hemet CA 92544

A true and correct copy of the foregoing document entitled (*specify*): _____
Stipulated Request to Take Hearing Off-Calendar _____
_____ Motion ___ _____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
I have no access to CM/ECF.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __09/26/2023__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
(Debtor) Krista Ann Huezo, 9401 Wayside Dr, Sunland CA 94010
(Debtor Counsel) Matthew D. Resnik, RHM Law, LLP, 17609 Ventura Blvd. Ste 314, Encino CA 91316
(Judge) Hon. Sheri Bluebond, 255 E. Temple Street, Suite 1534 / Courtroom 1539, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/26/2023 | Judy A. Garner | /s/ Judy A. Garner |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE