| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gregg Roberts<br>43430 E Florida Ave Ste #F-293<br>Hemet CA 92544<br>951-330-4450<br>Assignee of Record and Judgment Creditor, Pro Se<br>gregg@legalsupport-sc.com<br><br>☒ Individual *appearing without an attorney*<br>☐ Attorney for: | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>Krista Ann Huezo<br><br><br><br>Debtor(s) | CASE NO.: 2:23-bk-13644-BB<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>Stipulated Request to Take Motion Hearing Off-Calendar |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER GRANTING STIPULATED REQUEST TO TAKE MOTION HEARING OFF-CALENDAR

was lodged on (*date*) 09/26/2023 and is attached. This order relates to the motion which is docket number 24.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9021-1.2.BK.NOTICE.LODGMENT

Gregg Roberts
43430 E Florida Ave Ste #F-293
Hemet CA 92544
951-330-4450
Assignee of Record and Judgment Creditor, Pro Se
gregg@legalsupport-sc.com

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re Krista Ann Huezo,<br><br>Debtor | Case No.: 2:23-bk-13644-BB<br>Chapter 7 Proceeding<br><br>**ORDER GRANTING STIPULATED REQUEST TO TAKE MOTION HEARING OFF-CALENDAR** |

    This Court, having read the Stipulated Request to Take Motion Hearing Off-Calendar, hereby GRANTS the Request. Accordingly, the hearing currently scheduled for 10:00 AM on October 4, 2023, is taken off-calendar. So ORDERED.

Dated: _____        _____

                                                                       Judge Sheri Bluebond
                                                                       United States Bankruptcy Court

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
24600 Mountain Ave # 122, Hemet CA 92544

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

I have no access to CM/ECF.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __09/26/2023__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

(Debtor) Krista Ann Huezo, 9401 Wayside Dr, Sunland CA 94010
(Debtor Counsel) Matthew D. Resnik, RHM Law, LLP, 17609 Ventura Blvd. Ste 314, Encino CA 91316
(Judge) Hon. Sheri Bluebond, 255 E. Temple Street, Suite 1534 / Courtroom 1539, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/26/2023 | Judy A. Garner | *[signature]* Judy A. Garner |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT